QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE CASTANEDA-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE CASTANEDA-CORTEZ, <br><br> Defendant. | NO. 1:05-Cr-0188 OWW <br><br> STIPULATION CONTINUING STATUS CONFERENCE HEARING AND RESETTING FOR CHANGE OF PLEA, AND ORDER THEREON <br><br> Date: August 23, 2005 <br> Time: 9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference **currently set for August 8, 2005, at 9:00 A.M., may be continued to August 23, 2005, and reset as a change of plea hearing**.

The continuance is at the request of defense counsel in order to have the presentence investigation report available as the defendant intends to plead at the next court hearing.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 5, 2005        By:    /s/ Francine Zepeda with consent of
                                         Marianne A. Pansa
                                    MARIANNE A. PANSA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


QUIN DENVIR
Federal Public Defender


DATED: August 5, 2005        By:    /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    JORGE CASTANEDA-CORTEZ


**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

                                    /s/ OLIVER W. WANGER
DATED: August    8   , 2005
                                    OLIVER W. WANGER, Judge
                                    United States District Court
                                    Eastern District of California

Stipulation Continuing Status Conference Hearing
and Resetting for Change of Plea, and
[Proposed] Order Thereon                 2

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00188 OWW |
| Plaintiff, ) | |
| v. ) | |
| JORGE CASTANEDA-CORTEZ, ) | |
| Defendant. ) | |

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers. On August 5, 2005, she personally served a copy of the original of the attached:

**STIPULATION CONTINUING STATUS CONFERENCE HEARING
AND RESETTING FOR CHANGE OF PLEA,
AND [PROPOSED] ORDER THEREON**

upon the Plaintiff and interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

> McGREGOR W. SCOTT
> United States Attorney
> MARIANNE A. PANSA
> Assistant United States Attorney
> Federal Building, Room 3654
> 1130 O Street
> Fresno, CA 93721

DATED: August 5, 2005

                                           /s/ Agapita Betancourt
                                           AGAPITA BETANCOURT

[Original signature of Agapita Betancourt
maintained in file of Francine Zepeda.]

Stipulation Continuing Status Conference Hearing
and Resetting for Change of Plea, and
[Proposed] Order Thereon